UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES R. MOON, II, </br></br>    Plaintiff, </br></br>v. </br></br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC f/k/a BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, </br></br>    Defendant. | Case No. 14-193 </br></br>**NOTICE OF REMOVAL** </br></br>Removed from the District Court </br>for Polk County, Iowa, No. CL 129970 |

Defendant Bridgestone Americas Tire Operations, LLC ("BATO") hereby removes this action from the District Court for Polk County, Iowa to this Court. In support of its Notice of Removal, BATO states as follows:

1.  BATO files this Notice of Removal pursuant to 28 U.S.C. §§1332, 1441 and 1446. This Notice of Removal is being filed with this Court within thirty (30) days of BATO's receipt of a copy of the initial pleading setting forth the claim for relief upon which such proceeding is based, as provided by 28 U.S.C. §1446(b).

2.  Plaintiff James R. Moon, II commenced this action against BATO in the District Court for Polk County, Iowa by filing a Petition, styled *James R. Moon, II v. Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone Firestone North American Tire, LLC*, No. CL 129970. Service was effected on BATO on April 21, 2014.

3.  Plaintiff's Petition alleges a claim of disability discrimination under the Iowa Civil Rights Act.

4.  Based on Plaintiff's Petition, Plaintiff is a citizen and resident of the State of Iowa.

5. BATO is a Delaware limited liability company, with its principal place of business in Nashville, Tennessee. Bridgestone Americas, Inc. ("BSAM") is the sole member of BATO. BSAM is a Nevada corporation, with its principal place of business in Nashville, Tennessee. BSAM is therefore a citizen of Nevada and Tennessee.

6. Plaintiff was an unsuccessful applicant for a bargaining unit production position at BATO's Des Moines, Iowa plant in June 2011.

7. Plaintiff is seeking a variety of damages from BATO in this action. Specifically, Plaintiff seeks lost wages and lost benefits (for a period of almost three years, and counting), front pay (or reinstatement), damages for emotional distress and mental anguish, attorneys' fees and costs, and court costs and interest. Although Plaintiff's Petition does not state a specific dollar amount at issue, BATO believes in good faith that, based on the claims alleged by Plaintiff and the damages requested in his Petition, Plaintiff's alleged damages exceed $75,000, exclusive of interest and costs. *See Paulino v. Chartis Claims, Inc.*, 2013 WL 6247448 (S.D. Iowa 2013) ("A complaint alleging the jurisdictional amount in good faith will suffice to confer jurisdiction unless it appears to a legal certainty that the claim is for less than the jurisdictional amount.")

8. There is complete diversity of citizenship between the parties. This Court therefore has original jurisdiction over these claims pursuant to 28 U.S.C. §1332. Based on the foregoing, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

9. Attached hereto as Exhibit A is a Statement Pursuant to Local Rule 81(a), which includes copies of all the pleadings filed with the District Court for Polk County, Iowa in this action and served on BATO.

10. Attached hereto as Exhibit B is the Notice of Filing Notice of Removal being filed with the Clerk of the District Court for Polk County, Iowa.

WHEREFORE, Defendant Bridgestone Americas Tire Operations, LLC hereby removes this action to this Court and requests that this Court assume jurisdiction over this action and proceed to final determination thereof.

Respectfully submitted,

/s/Matthew S. Brick
Matthew S. Brick (AT0001081)
Erin M. Clanton (AT0002592)
BRICK GENTRY, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA  50266
(515) 274-1450
(515) 274-1488 (Fax)
matt.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com

Robert W. Vyverberg
HOLLAND & KNIGHT LLP
131 S. Dearborn Street; 30th Floor
Chicago, IL  60603
(312) 263-3600
(312) 578-6666 (Fax)
robert.vyverberg@hklaw.com

Counsel for Defendant
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 12, 2014, I electronically transmitted this **NOTICE OF REMOVAL** to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

 None

 I hereby certify that on May 12, 2014, a true copy of this **NOTICE OF REMOVAL** was served via U.S. Mail, postage prepaid, upon the following party who is not yet a CM/ECF registrant:

David H. Goldman
Michael J. Carroll
Kodi A. Brotherson
Babich Goldman, P.C.
501 SW 7th Street, Suite J
Des Moines, IA 50309
dgoldman@babichgoldman.com
mcarroll@babichgoldman.com
kbrotherson@babichgoldman.com
**Counsel for Plaintiff**

 /s/Matthew S. Brick
 Matthew S. Brick (AT0001081)
 Erin M. Clanton (AT0002592)
 BRICK GENTRY, P.C.
 6701 Westown Parkway, Suite 100
 West Des Moines, IA  50266
 (515) 274-1450
 (515) 274-1488 (Fax)
 matt.brick@brickgentrylaw.com
 erin.clanton@brickgentrylaw.com

 Counsel for Defendant
 BRIDGESTONE AMERICAS TIRE
 OPERATIONS, LLC