UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JAMES R. MOON, II, | ) |
| | ) |
| Plaintiff, | ) No. 14-193 |
| | ) |
| v. | ) **STIPULATION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| BRIDGESTONE AMERICAS TIRE | ) |
| OPERATIONS, LLC f/k/a BRIDGESTONE | ) |
| FIRESTONE NORTH AMERICAN TIRE, LLC, | ) |
| | ) |
| Defendant. | ) |

Plaintiff James R. Moon, II and Defendant Bridgestone Americas Tire Operations, LLC, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree that this action is dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

| Plaintiff | Defendant |
|---|---|
| JAMES R. MOON, II | BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC |
| | |
| By: /s/ David H. Goldman (with consent) | By: /s/ Robert W. Vyverberg |
| David H. Goldman | Robert W. Vyverberg |
| Amber Sue Shanahan-Fricke | HOLLAND & KNIGHT LLP |
| BABICH GOLDMAN, P.C. | 131 S. Dearborn Street; 30th Floor |
| 501 SW 7th Street, Suite J | Chicago, IL 60603 |
| Des Moines, IA 50309 | (312) 263-3600 |
| (515) 244-4300 | robert.vyverberg@hklaw.com |
| dgoldman@babichgoldman.com | |
| ashanahan-ricke@babichgoldman.com | Matthew S. Brick |
| | BRICK, GENTRY, BOWERS, SWARTZ & LEVIS, P.C. |
| | 6701 Westown Parkway, Suite 100 |
| | West Des Moines, IA 50266 |
| | (515) 274-1450 |
| | matt.brick@brickgentrylaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2015, I electronically transmitted this **STIPULATION TO DISMISS WITH PREJUDICE** to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

                David H. Goldman
                Amber Sue Shanahan-Fricke
                Babich Goldman, P.C.
                501 SW 7th Street, Suite J
                Des Moines, IA 50309
                dgoldman@babichgoldman.com
                ashanahan-fricke@babichgoldman.com
                **Counsel for Plaintiff**

                /s/ Robert W. Vyverberg
                Robert W. Vyverberg
                HOLLAND & KNIGHT LLP
                131 S. Dearborn St., 30th Floor
                Chicago, IL  60603
                (312) 263-3600
                (312) 578-6666 (Fax)
                robert.vyverberg@hklaw.com

                Counsel for Defendant
                BRIDGESTONE AMERICAS
                TIRE OPERATIONS, LLC

#36002385_v1